AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Isaac Guzman-Meza

**CRIMINAL COMPLAINT**

Case Number: M-19-2877-M

IAE   YOB:   1991
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 21, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Isaac Guzman-Meza was encountered by Border Patrol Agents near Sullivan City, Texas on November 21, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on November 21, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 10, 2019 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 6, 2014, the defendant was convicted of 8 USC 1326, Reentry of a Removed Alien and sentenced to thirty-six (36) days confinement and one (1) year supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved AUSA [signature] 11/22/19

Sworn to before me and subscribed in my presence,

November 22, 2019

Signature of Complainant
Mickel Gonzalez         Border Patrol Agent

Juan F. Alanis                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer